IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| BRADLEY ARTHUR DISBRO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:24-cv-3125-D (BT) |
| | § | |
| TERRY JONES, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.  By separate judgment, petitioner's case will be dismissed as moot.

**SO ORDERED.**

February 18, 2026.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE